# EXHIBIT 1

## Steffanie A (Athena) Signs in 2014-2018

| Date | Hours | Income | Avg Hourly Income |
|---|---|---|---|
| 11/21/2014 | 6 | 120.00 | **20.00** |
| 11/22/2014 | 5.5 | 145.00 | **26.36** |
| 11/28/2014 | 8 | 130.00 | **16.25** |
| 11/29/2014 | 6 | 250.00 | **41.67** |
| 11/30/2014 | 7 | 150.00 | **21.43** |
| 12/5/2014 | 7 | 180.00 | **25.71** |
| 12/6/2014 | 6 | 320.00 | **53.33** |
| 12/12/2014 | 6 | 300.00 | **50.00** |
| 12/13/2014 | 7 | 200.00 | **28.57** |
| 12/14/2014 | 7 | 150.00 | **21.43** |
| 12/19/2014 | 6 | 380.00 | **63.33** |
| 12/27/2014 | 7 | 150.00 | **21.43** |
| **Totals** | **78.5** | **2,475.00** | **31.53** |
| 1/2/2015 | 7 | 115.00 | **16.43** |
| 1/23/2015 | 6 | 250.00 | **41.67** |
| 1/30/2015 | 6 | 180.00 | **30.00** |
| 1/31/2015 | 3 | 180.00 | **60.00** |
| 2/2/2015 | 7 | 200.00 | **28.57** |
| 2/3/2015 | 7 | 200.00 | **28.57** |
| 2/6/2015 | 8 | 200.00 | **25.00** |
| 2/13/2015 | 7 | 400.00 | **57.14** |
| 2/27/2015 | 7 | 170.00 | **24.29** |
| 2/28/2020 | 6 | 230.00 | **38.33** |
| 3/8/2015 | 6 | 180.00 | **30.00** |
| 3/12/2015 | 6 | 210.00 | **35.00** |
| 3/14/2015 | 6 | 145.00 | **24.17** |
| 3/28/2015 | 5 | 250.00 | **50.00** |
| 3/31/2015 | 7 | 150.00 | **21.43** |
| 4/1/2015 | 5 | 60.00 | **12.00** |
| 4/2/2015 | 5 | 0.00 | **0.00** |
| 4/4/2015 | 6 | 145.00 | **24.17** |
| 4/5/2015 | 7 | 115.00 | **16.43** |
| 4/11/2015 | 5 | 200.00 | **40.00** |
| 4/18/2015 | 6 | 400.00 | **66.67** |
| 4/25/2015 | 6 | 320.00 | **53.33** |
| 4/26/2015 | 6.5 | 240.00 | **36.92** |
| 5/29/2015 | 8 | 80.00 | **10.00** |
| 5/30/2015 | 8 | 40.00 | **5.00** |
| **TOTAL** | **156.5** | **4,660.00** | **29.78** |

| Date | Hours | Amount | Rate |
|---|---|---|---|
| 2/27/2019 | 6 | 210.00 | **35.00** |
| 4/8/2016 | 8.5 | 195.00 | **22.94** |
| 8/27/2016 | 6 | 390.00 | **65.00** |
| 9/11/2016 | 6 | 132.00 | **22.00** |
| 10/14/2016 | 6.75 | 200.00 | **29.63** |
| 10/15/2016 | 6 | 65.00 | **10.83** |
| 10/22/2016 | 4 | 210.00 | **52.50** |
| **TOTAL** | **43.25** | **1,402.00** | **32.42** |
| 5/26/2017 | 6 | 510.00 | **85.00** |
| 6/21/2017 | 6 | 220.00 | **36.67** |
| 8/8/2017 | | | |
| 8/12/2017 | 5 | 430.00 | **86.00** |
| 8/16/2017 | 6.5 | 200.00 | **30.77** |
| 8/18/2017 | 8 | 360.00 | **45.00** |
| 10/13/2017 | 8 | 315.00 | **39.38** |
| 10/8/2017 | 6 | 590.00 | **98.33** |
| 10/14/2017 | 8 | 245.00 | **30.63** |
| 10/21/2017 | 8 | 360.00 | **45.00** |
| 11/9/2017 | 6 | 410.00 | **68.33** |
| 11/11/2017 | 6.5 | 450.00 | **69.23** |
| 11/12/2017 | 5 | 400.00 | **80.00** |
| 11/16/2017 | 8 | 250.00 | **31.25** |
| 11/17/2017 | 6 | 380.00 | **63.33** |
| 11/30/2017 | 7 | 135.00 | **19.29** |
| 12/2/2017 | 5 | 700.00 | **140.00** |
| 12/7/2017 | 7 | 100.00 | **14.29** |
| **TOTAL** | **112** | **6,055.00** | **54.06** |
| 1/5/2018 | 7 | 210.00 | **30.00** |
| 1/19/2018 | 7 | 240.00 | **34.29** |
| **TOTAL** | **14** | **450.00** | **32.14** |